FILED 15 OCT '20 17:17 USDC-ORE

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-00484-MC |
| v. | INDICTMENT |
| ALBERT WAYNE WELLING, | 18 U.S.C. § 2241(c) |
| Defendant. | Forfeiture Allegation |
| | <u>UNDER SEAL</u> |

### THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Aggravated Sexual Abuse)
(18 U.S.C. § 2241(c))

Between on or about August 29, 2020 and September 19, 2020, in the District of Oregon and elsewhere, defendant **ALBERT WAYNE WELLING** did knowingly cross a State line with the intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with Minor Victim 1 (MV1), a person who had not attained the age of 12 years, and attempted to do so;

In violation of Title 18, United States Code, Section 2241(c).

## COUNT 2
### (Aggravated Sexual Abuse)
### (18 U.S.C. § 2241(c))

Between on or about December 3, 2019 and February 8, 2020, in the District of Oregon and elsewhere, defendant **ALBERT WAYNE WELLING** did knowingly cross a State line with the intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with Minor Victim 1 (MV1), a person who had not attained the age of 12 years, and attempted to do so;

In violation of Title 18, United States Code, Section 2241(c).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Count 1 or 2, defendant **ALBERT WAYNE WELLING** shall forfeit to the United States, pursuant to 18 U.S.C. § 2254, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: October 15, 2020

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Jeffrey S. Sweet
_____
JEFFREY S. SWEET
Assistant United States Attorney